## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

EQUAL EMPLOYMENT OPPORTUNITY     v.     PROVIDENCE HEALTH SYSTEM-
COMMISSION                                        WASHINGTON d/b/a PROVIDENCE
                                                            ALASKA MEDICAL CENTER

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                         CASE NO.   3:06-cv-00146 JWS

 Linda Christensen 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: June 16, 2006

      Judge John W. Sedwick hereby recuses himself from the above-referenced case.  Pursuant to the system of random case assignments, this action is reassigned to Judge Ralph R. Beistline for all further proceedings.  Please use the following case number on all future filings: 3:06-cv-00146 RRB.

[]{IQ2.WPD*Rev.12/96}