WILLIAM R. TAMAYO, REGIONAL ATTORNEY
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
WESLEY KATAHIRA, SR. TRIAL ATTORNEY
WESLEY.KATAHIRA@EEOC.GOV
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 220-6918
FACSIMILE:  (206) 220-6911

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON dba PROVIDENCE ALASKA MEDICAL CENTER,<br><br>　　　　　Defendant. | Case No. 06-CV-00146-RRB<br><br>CERTIFICATE OF SERVICE |

I hereby certify that I have served **Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of Service of Summons; and Duty to Avoid Unnecessary Costs of Service of Summons** on:

>　Robert K. Stewart
>　Davis Wright Tremaine, L.L.P.
>　701 West 8th Ave., Suite 800
>　Anchorage, AK  99501-3408
>　RobertStewart@DWT.com

>　Attorneys for Defendant

by the following indicated method:

- **by electronic mail**

DATED this __19th__ day of __June__, 2006.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

__/s/ Victoria Richardson_____
Paralegal