WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District
350 The Embarcadero, Suite 500
San Francisco, CA  94104-1260
Tel:     (415) 625-5645
Fax:    (415) 625-5657
Email:  william.tamayo@eeoc.gov

JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
WESLEY KATAHIRA, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Tel: (206) 220-6918
Fax: (206) 220-6911
Email: wesley.katahira@eeoc.gov
Email: john.stanley@eeoc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>     Plaintiff,<br><br>     v.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON dba PROVIDENCE ALASKA MEDICAL CENTER,<br><br>     Defendant. | CASE NO. AO-06-146 (RRB)<br><br>NOTICE OF APPEARANCE |

/ / /

/ / /

/ / /

EEOC v. PROVIDENCE HEALTH SYSTEM – WASHINGTON dba
PROVIDENCE ALASKA MEDICAL CENTER
(AO-060146-RRB)
Notice of Appearance
Page 1 of 2

U.S. Equal Employment Opportunity Commission
Seattle Field Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone: (206) 220-6916
Fax:  (206) 220-6911
TDD:  (206) 220-6882

The Equal Employment Opportunity Commission herewith notifies the Court that John F. Stanley (john.stanley@eeoc.gov), and Wesley Katahira (wesley.katahira@eeoc.gov) will be appearing as co-counsel in this case.  Mr. Katahira is the primary trial counsel for EEOC, and the EEOC respectfully requests that all future correspondence be addressed to Mr. Katahira at the address listed below.

DATED this 29th day of June, 2006.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SAN FRANCISCO DISTRICT<br>350 THE EMBARCADERO, SUITE 500<br>SAN FRANCISCO, CALIFORNIA  94105-1260 | JAMES L. LEE<br>Deputy General Counsel<br><br>GWENDOLYN Y. REAMS<br>Associate General Counsel |
| JOHN F. STANLEY<br>Acting Supervisory Trial Attorney | |
| WESLEY KATAHIRA<br>Senior Trial Attorney | |
| BY:  /s/Wesley Katahira_____<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Seattle Field Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104-1061<br>Telephone (206) 220-6918 | Office of the General Counsel<br>1801 "L" Street NW<br>Washington, D.C. 20507 |

Attorneys for Plaintiff EEOC

EEOC v. PROVIDENCE HEALTH SYSTEM – WASHINGTON dba
PROVIDENCE ALASKA MEDICAL CENTER
(AO-060146-RRB)
Notice of Appearance
Page 1 of 2

U.S. Equal Employment Opportunity Commission
Seattle Field Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone: (206) 220-6916
Fax:  (206) 220-6911
TDD:  (206) 220-6882