Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Providence Health System – Washington,
d/b/a Providence Alaska Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> PROVIDENCE HEALTH SYSTEM - WASHINGTON, d/b/a PROVIDENCE ALASKA MEDICAL CENTER, <br><br> Defendant. | Case No. 3:06-cv-00146-(RRB) |

Providence Health System-Washington's Answer, Affirmative And Other Defenses

COMES NOW Providence Health System-Washington, d/b/a Providence Alaska Medical Center ("Providence"), by and through its attorneys, Davis Wright Tremaine, and for its answer, affirmatives and other defenses to the Complaint of the United States Equal Employment Opportunity Commission ("EEOC"), admits, denies and alleges as follows:

## I. ANSWER

1.   Answering the unnumbered paragraph entitled "Nature of the Action" of the Complaint, to the extent an answer is required, Providence denies the allegations set forth therein.

2.   Answering Paragraph 1 of the Complaint, Providence admits the allegations set forth therein.

3.   Answering Paragraph 2 of the Complaint, Providence admits that the acts or omissions which form the subject matter of the Complaint occurred in the State of Alaska, and denies all other allegations set forth therein.

4.   Answering Paragraph 3 of the Complaint, Providence admits the allegations set forth therein.

5.   Answering Paragraph 4 of the Complaint, Providence admits the allegations set forth therein.

6.   Answering Paragraph 5 of the Complaint, Providence admits the allegations set forth therein.

7.   Answering Paragraph 6 of the Complaint, Providence alleges that the EEOC sent it a letter dated January 6, 2006, purporting to be a conciliation offer, specifically denies that the EEOC attempted to engage in meaningful conciliation, conference or persuasion, and denies all other allegations set forth therein.

8.   Answering Paragraph 7 of the Complaint, Providence denies the allegations set forth therein.

PROVIDENCE'S ANSWER                    2
27208/39/95043.1 (answer)

9. Answering Paragraph 8 of the Complaint, Providence denies the allegations set forth therein.

10. Answering Paragraph 9 of the Complaint, Providence denies the allegations set forth therein.

## II. AFFIRMATIVE AND OTHER DEFENSES

11. One or more of the claims set forth in the Complaint fail to state a cause of action upon which relief might be granted.

12. The decisions which Providence made with regard to the hiring of persons other than the persons on whose behalf the EEOC has filed the Complaint were based upon reasonable factors other than age.

13. Providence had legitimate business justifications for the decisions it made with regard to the hiring of persons other than the persons on whose behalf the EEOC has filed the Complaint.

14. The persons on whose behalf the EEOC has filed the Complaint have failed, either in whole or in part, to mitigate such damages, if any, as they have sustained.

15. Providence reserves the right to assert such other and further defenses, affirmative defenses and counterclaims as may be disclosed to it during the course of discovery herein and in the time permitted by law.

## III. PRAYER FOR RELIEF

NOW, WHEREFORE, Providence prays for judgment against the EEOC as follows:

PROVIDENCE'S ANSWER                3
27208/39/95043.1 (answer)

A. For entry of judgment dismissing the Complaint in its entirety with prejudice;

B. That Providence be awarded all of its actual costs, expenses and attorneys' fees incurred in defending against the same; and

C. For such other and further relief as the Court deems just and equitable under the premises.

Dated this 10th day of August, 2006.

> Davis Wright Tremaine LLP
> Attorneys for Defendant
> Providence Health System - Washington, d/b/a
> Providence Alaska Medical Center
>
> By:   /s/ Robert K. Stewart, Jr.
>       701 W 8th Avenue, Suite 800
>       Anchorage, Alaska 99501
>       Phone: (907) 257-5300
>       Fax: (907) 257-5399
>       bobstewart@dwt.com
>       ABA: 8506082

Certificate of Service

I certify that on 10th day of August, 2006, a true and correct copy of the foregoing document was served electronically on the following:

William R. Tamayo
Wesley Katahira

_/s/ Kris Hamann_

PROVIDENCE'S ANSWER                    4
27208/39/95043.1 (answer)