Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Providence Health System – Washington
d/b/a Providence Alaska Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>          Plaintiff,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER,<br><br>          Defendant. | Case No. 3:06-cv-00146-(RRB)<br><br><u>SCHEDULING AND PLANNING CONFERENCE REPORT</u> |

1.  **Meeting.** In accordance with F.R.Civ.P 26(f), a meeting was held on September 6, 2006, and was attended by:

   Robert K. Stewart, Jr.     Attorney for defendant Providence Health System - Washington, d/b/a Providence Alaska Medical Center

   Wesley Katahira            Attorney for plaintiff Equal Employment Opportunity Commission

The parties recommend the following:

2.  **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

    \_\_\_\_  have been exchanged by the parties

    \_X\_  will be exchanged by the parties by September 15, 2006.

    Proposed changes to disclosure requirements: None.

Preliminary witness lists

    \_\_\_\_  have been exchanged by the parties

    \_X\_  will be exchanged by the parties by September 15, 2006.

3.  **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: Liability, damages and affirmative and other defenses.

4.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A.   Discovery will be needed on the following issues: Defendant's liability for age discrimination, willful violations and for monetary and liquidated damages.

    B.   All discovery commenced in time to be completed by July 31, 2007 ("discovery close date").

    C.   Limitations on Discovery.

        1.   Interrogatories

            \_X\_  No change from F.R.Civ.P. 33(a)

            \_\_\_\_  Maximum of \_\_\_\_ by each party to any other party.

SCHEDULING AND PLANNING REPORT  2
102227v1 27208-39

Responses due in ____ days.

2. Request for Admissions.

   __X__ No change from F.R.Civ.P. 36(a)

   ____ Maximum of ____ requests.

   Responses due in ____ days.

3. Depositions.

   __X__ No change from F.R.Civ.P. 30(a), (d).

   ____ Maximum of ____ depositions by each party.

   Depositions not to exceed ____ hours unless agreed to by all parties.

D. Reports from retained experts.

   __X__ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2).

   ____ Reports Due:

   From plaintiff:                     From defendant:

E. Supplementation of disclosures and discovery responses are to be made:

   ____ Periodically at 60-day intervals from the entry of scheduling and planning order.

   __X__ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

SCHEDULING AND PLANNING REPORT  3
102227v1 27208-39

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

      __X_  45 days prior to the close of discovery.

      ____  Not later than (_____)

5. **Pretrial Motions.**

    __X_  No change from D.Ak. LR 16.1©.

The following changes to D.Ak. LR 16.1© [Check and complete all that apply]

    ____  Motions to amend pleadings or add parties to be filed not later than (_____).

    ____  Motions under the discovery rules must be filed not later than (_____).

    ____  Motions in limine and dispositive motions must be filed not later than (_____).

6. **Other Provisions:**

    A.    __X_  The parties do not request a conference with the court before the entry of the scheduling order.

          ____  The parties request a scheduling conference with the court on the following issue(s):

          (_____)

    B.    Alternative Dispute Resolution. [D.Ak. Lr 16.2]

          ____  This matter is not considered a candidate for court-annexed alternative dispute resolution.

          __X_  The parties will file a request for alternative dispute resolution not later than July 18, 2007.

SCHEDULING AND PLANNING REPORT  4
102227v1 27208-39

   __X__ Mediation    ____ Early Neutral Evaluation

C. The parties ____ do __X__ not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

  __X__ All parties have complied  ____ Compliance not required by any party.

7. **Trial**.

A. The matter will be ready for trial:

  ____ 45 days after the discovery close date.

  __X__ not later than 90 days after the close of discovery.

B. This matter is expected to take 10 days to try.

C. Jury Demand __X__ Yes ____ No

  Right to jury trial disputed?  ____ Yes  __X__ No

Dated this 11th day of September, 2006.

       DAVIS WRIGHT TREMAINE LLP
       Attorneys for Providence Health System -
       Washington d/b/a Providence Alaska Medical
       Center

       By: __/s/ Robert K. Stewart, Jr.__
         701 W 8th Avenue, Suite 800
         Anchorage, Alaska 99501
         Phone: (907) 257-5300
         Fax: (907) 257-5399
         bobstewart@dwt.com
         ABA: 8506082

SCHEDULING AND PLANNING REPORT 5
102227v1 27208-39

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION


By: /s/ William R. Tamayo
909 First Avenue, Suite 400
Seattle, Washington, 98104-1061
Phone: (206) 220-6883
Fax: (206) 220-6911
William.tamayo@eeoc.gov
CBA 84965

Certificate of Service

I certify that on 11th day of September, 2006, a true and correct copy of the foregoing document was served electronically on the following:

William R. Tamayo
Wesley Katahira

/s/ Kris Hamann

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

SCHEDULING AND PLANNING REPORT 6
102227v1 27208-39