WILLIAM TAMAYO, REGIONAL ATTORNEY
ELIZABETH ESPARZA-CERVANTES, TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260
Tel:  (415) 625-5645 & (415) 625-5658
Fax:  (415) 625-5657
WILLIAM.TAMAYO@EEOC.GOV
ELIZABETH.ESPARZA-CERVANTES@EEOC.GOV

ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF AL ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br>　　　　and,<br><br>　　　　　　v.<br><br>PROVIDENCE HEALTH SYSTEM – WASHINGTON dba PROVIDENCE ALASKA MEDICAL CENTER.,<br>　　　　Defendant. | CIVIL ACTION NO.  3:06-cv-00146 RBB<br><br>MOTION TO SUBSTITUTE COUNSEL |

　　　　The Equal Employment Opportunity Commission herewith notifies the Court that Wesley Katahira will no longer be associated with this case.  The EEOC respectfully requests that all future correspondence continue to be addressed to Elizabeth Esparza-Cervantes as lead trial counsel in this case at the address and telephone number listed above.

NOTICE OF WITHDRAWAL OF COUNSEL (AO-16-146 RBB)
Page 1 of 3

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Respectfully submitted, this 7th day of December, 2006.

WILLIAM TAMAYO
Regional Attorney
San Francisco District
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260

ELIZABETH ESPARZA-CERVANTES
Trial Attorney


BY:  */s/ Elizabeth Esparza-Cervantes*
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION


Attorneys for Plaintiff EEOC

**NOTICE OF WITHDRAWAL OF COUNSEL (AO-16-146 RBB)**
**Page 2 of 3**

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2006, I electronically filed the foregoing "Notice of Withdrawal" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Robert K. Stewart
> Davis Wright Tremaine
> 701 W Eighth Avenue
> Suite 800
> Anchorage, Alaska 99501-3468
> Main: (907) 257-5300
> Fax: (907) 257-5399
> Email: RobertStewart@DWT.com
> Defendant's Attorneys

DATED this 7th Day of December 2006

> /s/ Mary R. Hammock
> Mary R. Hammock
> EEOC Legal Technician

**NOTICE OF WITHDRAWAL OF COUNSEL (AO-16-146 RBB)**
**Page 3 of 3**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882