UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


     EEOC    v.   PROVIDENCE HEALTH SYSTEM

DATE:   December 11, 2006    CASE NO.    3:06-cv-0146-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **GRANTING SUBSTITUTION OF COUNSEL**

---

      Plaintiff's Motion to Substitute Counsel at Docket 13 is hereby **GRANTED**. Elizabeth Esparza-Cervantes is substituted in for Wesley Katahira as lead trial counsel.

M.O. GRANTING SUBSTITUTION