1  WILLIAM R. TAMAYO, Regional Attorney
   DAVID F. OFFEN-BROWN, Supervisory Trial Attorney
2  ELIZABETH ESPARZA-CERVANTES, Trial Attorney
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5658
5  Fax No. (415) 625-5657
   E-mail: Elizabeth.Esparza-Cervantes@eeoc.gov
6
   Attorneys for Plaintiff
7

8                       **UNITED STATES DISTRICT COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | **CIVIL ACTION NO. 3:06-CV-00146-RBB** |
   |---|---|
   | Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF EEOC** |
   | v. | |
   | PROVIDENCE HEALTH SYSTEM-WASHINGTON dba PROVIDENCE ALASKA MEDICAL CENTER, | |
   | Defendant. | |

   PLEASE TAKE NOTICE that Elizabeth Esparza-Cervantes, attorney for Plaintiff, Equal Employment Opportunity Commission, will be out of town and unavailable from December 18, 2006 through January 15, 2007.  All parties and their counsel are requested not to take any action in this case which may disrupt or take unfair advantage of such unavailability, including but not limited to service of pleadings requiring a response or noticing depositions.

   Dated:  December 12, 2006
   _____
   s/ELIZABETH ESPARZA-CERVANTES
   Attorney for Plaintiff
   U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
   San Francisco District Office
   350 The Embarcadero, Suite 500
   San Francisco, CA 94105-1260
   Phone No: (415) 625-5658
   Fax: (415) 625-5657
   E-mail: Elizabeth.Esparza-Cervantes@eeoc.gov
   _____