WILLIAM R. TAMAYO, REGIONAL ATTORNEY
DAVID F. OFFEN-BROWN, SUPERVISORY TRIAL ATTORNEY
ELIZABETH ESPARZA-CERVANTES, TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260
TELEPHONE: (415) 625-5658
FACSIMILE:  (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Case No. AO-06-146 (RRB) |
| Plaintiff, | ) ) ) | STIPULATION REQUESTING DISCOVERY CONFERENCE AND CONTINUANCE; |
| vs. | ) ) | [PROPOSED] ORDER RE: STIPULATION TO CONTINUE |
| PROVIDENCE HEALTH SYSTEM - WASHINGTON dba PROVIDENCE ALASKA MEDICAL CENTER, | ) ) ) | SCHEDULING ORDER |
| Defendant. | ) ) ) | |

TO THE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA:

Plaintiff U.S. Equal Employment Opportunity Commission, and Defendant Providence

Health System – Washington dba Providence Alaska Medical Center, through their respective

counsel, hereby stipulate to and request a discovery conference during the week of June 4, 4007

and a continuance of this Court's scheduling order.  The parties have neither sought nor obtained

any extensions so far in this case.  Other than the dates specified in the following sentences,

Counsel for both parties are available for a discovery conference on the Court's earliest available

date on the week of June 4, 2007.  Counsel for the EEOC is unavailable on June 7, 2007 from

8:00 a.m. to 12:30 p.m. and requests to appear telephonically.  Counsel for Defendant is unavailable at the following times: June 5, 2007 from 2:00 p.m. to 3:00 p.m., June 6, 2007 from 10:00 a.m. to 11:00 a.m., and June 7, 2007 from 8:30 a.m. to 9:30 a.m.

This is an age discrimination in employment suit brought by the EEOC against Providence Health System on behalf of five charging parties, Lawrence Harris, Gola Anderson, Canije Sadiku, Rebecca Petrie, and Milagros Lopez.

This stipulation for a continuance and request is based on the following:

A.  The parties have diligently engaged in discovery by making initial disclosures, exchanging written discovery, and exchanging thousands of documents.  The parties have also attempted to schedule depositions for June 2007.  However, depositions after July 2007 will be impossible for the EEOC's lead Trial Attorney, Elizabeth Esparza-Cervantes, because she will be restricted against flying due to her pregnancy and will not be working at the San Francisco District Office after June 29, 2007.  This necessitates both that another trial attorney be assigned to the case and the gradual restructuring of the newly assigned trial attorney's case load and other obligations, personal and professional, before she can begin to familiarize herself with the case sufficiently to conduct depositions and any related discovery.  The parties agree that given Ms. Esparza-Cervantes' role in this case and the soon to be assigned lead trial attorney's current obligations and case load, the discovery cutoff should be continued for six months (to January 31, 2008) and that other dates be continued as set forth in the proposed order.

B.  At this point, the EEOC has to take nine depositions, one of which includes a Fed. R. Civ. P. 30 (b) (6) that may require coordination of various company representatives' schedules. This number does not include the names of three expert witnesses who Defendant recently disclosed.[1]  After obtaining their reports, their depositions will need to be taken which may not

---

[1] Defendant's Expert Witness Disclosures did not include reports or opinions.  The EEOC was going to move to strike the disclosures as insufficient.  Defendant would have opposed that motion on the ground that discovery necessary to prepare the reports has not been forthcoming.  Given the current request for an extension of time,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone (415) 625-5658
Fax (415) 625-5657

be possible before the July 31, 2007 discovery cut off.  Defendants intend to take the five

claimants' depositions.  One of the claimants lives in the Southeastern United States, requiring

coordination around her work schedule and travel time to Anchorage so that her deposition may

be taken.  The EEOC also recently disclosed the name of one rebuttal expert witness and may

need to disclose two additional rebuttal expert witnesses after Defendant has produced its expert

witnesses' reports, necessitating that Defendant take three additional depositions which may not

be possible before the July 31, 2007 discovery cut-off.  Given counsels' workload and the

differing schedules of so many witnesses, including Ms. Esparza-Cervantes' impending

departure from the San Francisco District Office, a good faith basis for continuance of all dates is

present.

      C.  Neither the EEOC nor Providence Health System have sought to delay this case.

Quite the contrary: Counsel for both parties have made every effort to exchange discovery, begin

to calendar depositions; have exchanged initial disclosures, and discovery responses.  However,

issues have arisen that make a longer discovery period necessary for this case.

///

///

///

///

///

///

///

///

///

///

---

however, the parties are willing to stipulate to a continuance of the expert witness disclosure deadline, thereby
obviating both the need for such motion practice and prejudice to either party.

**Stip. Requesting Discvry. Conf. and Continuance;**
**[Proposed] Order– Page 3**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105**
**Telephone (415) 625-5658**
**Fax (415) 625-5657**

Based on the foregoing, the parties respectfully request a discovery conference during the week of June 4, 2007 and that all deadlines in the current scheduling order be extended by six months, as set forth in the proposed order.

May 31, 2007                    EQUAL EMPLOYMENT OPPORTUNITY
                                COMMISSION
                                William R. Tamayo
                                David F. Offen-Brown
                                Elizabeth Esparza-Cervantes

                                By:    */s/ Elizabeth Esparza-Cervantes*
                                ELIZABETH ESPARZA-CERVANTES
                                Attorneys for Plaintiff EEOC

May 31, 2007                    DAVIS WRIGHT TREMAINE, LLP
                                Robert K. Stewart, Jr.

                                By:    */s/ Robert K. Stewart*
                                ROBERT K. STEWART
                                Attorneys for Defendant
                                PROVIDENCE HEALTH SYSTEM-WASHINGTON,
                                d/b/a PROVIDENCE ALASKA MEDICAL CENTER


                            [PROPOSED] ORDER

For good cause showing, the Court hereby continues all calendared case deadlines to the following dates:

| | |
|---|---|
| Expert Witness Disclosure: | October 31, 2007 |
| Final Revised Witness List | December 14, 2007 |
| Discovery Cut-off: | January 31, 2008 |
| Discovery motion filing deadline | February 29, 2008 |
| Dispositive Motion filing deadline | February 29, 2008 |
| Motions in Limine filing deadline | Mary 31, 2008 |

It is so ordered.

                            _____
                            United States District Court Judge
                            District of Alaska

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone (415) 625-5658
Fax (415) 625-5657

CERTIFICATE OF SERVICE

I hereby certify that I served the STIPULATION REQUESTING DISCOVERY
CONFERENCE AND CONTINUANCE; [PROPOSED] ORDER RE: STIPULATION TO
CONTINUE SCHEDULING ORDER on:

Robert K. Stewart
Davis Wright Tremaine
Suite 800
701 W Eighth Avenue
Anchorage, Alaska 99501-3468

Attorneys for Defendant

by the following indicated method or methods:


by mailing a copy thereof in a sealed, first-class postage-paid envelope,
addressed to the attorney(s) listed above, and deposited with the United States Postal Service at
San Francisco, California, on the date set forth below; and

X    by e-mailing an electronic version thereof to the attorney(s) listed above
on the date set forth below.


DATED this   31st   day of May 2007

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


*/s/ Elizabeth Esparza-Cervantes*
ELIZABETH ESPARZA-CERVANTES
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone (415) 625-5658
Fax (415) 625-5657