# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

EQUAL EMPLOYMENT OPPORTUNITY   v.   PROVIDENCE HEALTH SYSTEM

DATE:   May 31, 2007     CASE NO.   3:06-CV-0146-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS EXTENDING DEADLINES**

---

Pursuant to the Stipulation to Continue Scheduling Order, the following pretrial deadlines are extended:

| | |
|---|---|
| Expert Witness Disclosure | October 31, 2007 |
| Final Revised Witness List | December 14, 2007 |
| Discovery Closes | January 31, 2008 |
| Discovery Motions | February 29, 2008 |
| Dispositive Motions | February 29, 2008 |
| Motions in Limine | May 31, 2008 |

If the parties still require a scheduling conference, please so advise.