WILLIAM TAMAYO, REGIONAL ATTORNEY
JONATHAN PECK, SUPERVISORY TRIAL ATTORNEY
MARCIA L. MITCHELL, SENIOR TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260
Tel:  (415) 625-5651
Fax:  (415) 625-5657
Marcia.Mitchell@eeoc.gov
ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF AL ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br>          and,<br><br>                    v.<br><br>PROVIDENCE HEALTH SYSTEM – WASHINGTON dba PROVIDENCE ALASKA MEDICAL CENTER.,<br>                    Defendant. | CIVIL ACTION NO.  3:06-cv-00146 RBB<br><br>NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL |

TO:     CLERK OF THE COURT

AND TO:  PROVIDENCE HEALTH SYSTEM, Defendant and its attorneys of record:

The Equal Employment Opportunity Commission herewith notifies the Court that Marcia

L. Mitchell will be substituting for Elizabeth Esparza as lead trial counsel for this case.   In

addition, Jonathan Peck will be substituting for Supervisory Trial Attorney, David Offen-Brown.

NOTICE OF APPEARANCE AND SUBSTITUION OF COUNSEL (AO-16-146 RBB)
Page 1 of 3

The EEOC respectfully requests the court to remove Ms. Esparza and Mr. Offen-Brown from the court's docket and to direct all future papers or pleadings to Ms. Mitchell at the email, address, and phone number listed above. The EEOC also requests that Jonathan Peck, Supervisory Trial Attorney, receive all future court correspondences and notice regarding this matter.

      Respectfully submitted this 9th day of August, 2007,

WILLIAM TAMAYO
Regional Attorney
San Francisco District
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260

MARCIA MITCHELL
Senior Trial Attorney

BY: _/s/ Marcia Mitchell_____
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Attorneys for Plaintiff EEOC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**
**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2007, I electronically filed the foregoing "Notice of Appearance and Substitution of Counsel" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the address below.  In addition, a courtesy copy of the pleading will be served on Defendant via First Class Mail to the address below:

> Robert K. Stewart
> Davis Wright Tremaine
> 701 W Eighth Avenue, Suite 800
> Anchorage, Alaska 99501-3468
> Email: RobertStewart@DWT.com
> Defendant's Attorneys

DATED this 9th Day of August 2007

> _/s/ Marcia L. Mitchell_
> Marcia L. Mitchell
> Senior Trial Attorney