WILLIAM TAMAYO, REGIONAL ATTORNEY
JONATHAN PECK, SUPERVISORY TRIAL ATTORNEY
MARCIA L. MITCHELL, SENIOR TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260
Tel:  (415) 625-5651
Fax:  (415) 625-5657
Marcia.Mitchell@eeoc.gov
ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF AL ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>and,<br><br>v.<br><br>PROVIDENCE HEALTH SYSTEM – WASHINGTON dba PROVIDENCE ALASKA MEDICAL CENTER.,<br>Defendant. | CIVIL ACTION NO.  3:06-cv-00146 RBB<br><br>STIPULATION REQUESTING CONTINUANCE OF DEADLINE FOR REBUTTAL EXPERT REPORTS AND [PROPOSED] ORDER |

TO T THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA:

Plaintiff U.S. Equal Employment Opportunity Commission, and Defendant Providence Health System – Washington dba Providence Alaska Medical Center, through their respective counsel, hereby stipulate to and request a continuance of the deadline for rebuttal expert reports. Currently, the Court's scheduling order sets a deadline of October 31, 2007 for disclosure of

expert witness reports. There is not a deadline for rebuttal experts. The parties have agreed that it would be fruitful for their rebuttal experts to be able to respond to the reports issued by expert witnesses on October 31st and therefore propose a deadline of December 14, 2007 for disclosure of rebuttal expert reports. The parties are not seeking any further modifications of the scheduling order.

October 18, 2007          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                          By:     */s/ Marcia L. Mitchell*
                                  MARCIA L. MITCHELL
                                  Attorney for Plaintiff EEOC

October 18, 2007          DAVIS WRIGHT TREMAINE, LLP

                          By:     */s/ Robert K. Stewart*
                                  ROBERT K. STEWART
                                  Attorneys for Defendant
                                  PROVIDENCE HEALTH SYSTEM-WASHINGTON,
                                  d/b/a PROVIDENCE ALASKA MEDICAL CENTER

[PROPOSED] ORDER

For good cause showing, the Court hereby continues the calendared case deadlines to the following dates:

   Rebuttal Expert Witness Disclosure:     December 14, 2007

All other dates remain the same.

It is so ordered.

                                                _____
                                                United States District Court Judge
                                                District of Alaska