Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Providence Health System – Washington,
d/b/a Providence Alaska Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON, d/b/a PROVIDENCE ALASKA MEDICAL CENTER,<br><br>         Defendant. | Case No. 3:06-cv-00146-(RRB) |

<u>JOINT MOTION FOR CONTINUANCE OF PRETRIAL DEADLINES</u>

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and defendant Providence Health System – Washington, d/b/a Providence Alaska Medical Center ("Providence"), through their respective counsel, jointly move for a ninety day extension of the deadlines set forth in the Court's scheduling order. Counsel for both

parties are available for a discovery conference on the Court's earliest available date should the Court so desire to address scheduling and planning matters.

This joint motion for an extension is based on the following:

The parties have diligently engaged in discovery throughout the course of this matter by making initial disclosures, exchanging several sets of written discovery and thousands of documents, and conducting approximately a dozen depositions to date. At present, the parties are attempting to schedule a mediation for the latter part of February. If the mediation is not successful, the parties believe that there will be approximately an additional ten depositions which will be needed to be taken and possible additional written discovery in order to finalize this matter for trial. An extension of the current deadlines will permit the parties to avoid potentially unnecessary discovery costs unless and until it is known whether mediation has been successful.

Neither the EEOC nor Providence have sought to delay this case. To the contrary, counsel for both parties have made every effort to exchange discovery, calendar depositions, exchange initial disclosures and discovery responses. However, issues have arisen that make a longer discovery period necessary for this case.

JOINT MOTION FOR CONTINUANCE - 2
27208/39/168575.1

Dated this 30th day of January, 2008.

        Davis Wright Tremaine LLP
        Attorneys for Defendant
        Providence Health System - Washington, d/b/a
        Providence Alaska Medical Center

By: /s/ Robert K. Stewart, Jr.
     701 W 8th Avenue, Suite 800
     Anchorage, Alaska 99501
     Phone: (907) 257-5300
     Fax: (907) 257-5399
     bobstewart@dwt.com
     ABA: 8506082

Dated this 30th day of January, 2008.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /s/ Marcia L. Mitchell
     MARCIA L. MITCHELL
     Attorney for Plaintiff EEOC

Certificate of Service

I certify that on 30th day of January, 2008, a true and correct copy of the foregoing document was served electronically on the following:

    Marcia Mitchell
    William R. Tamayo

    /s/ Robert K. Stewart, Jr.

JOINT MOTION FOR CONTINUANCE - 3
27208/39/168575.1