Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Providence Health System – Washington,
d/b/a Providence Alaska Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> PROVIDENCE HEALTH SYSTEM - WASHINGTON, d/b/a PROVIDENCE ALASKA MEDICAL CENTER, <br><br> Defendant. | Case No. 3:06-cv-00146-(RRB) |

PROPOSED ORDER

For good cause showing, the Court hereby continues the calendared case deadlines to the following dates:

| | |
|---|---|
| Discovery Cut-off: | April 30, 2008 |
| Discovery motion filing deadline | May 31, 2008 |
| Dispositive Motion filing deadline | May 31, 2008 |
| Motions in Limine filing deadline | July 31, 2008 |

All other dates remain the same.

It is so ordered.

\s\ Ralph R. Beistline
Honorable Ralph R. Beistline

Certificate of Service

I certify that on 30th day of January, 2008 a true and correct copy of the foregoing document was served electronically on the following:

William R. Tamayo – william.tamayo@eeoc.gov
Marcia Mitchell – marcia.mitchell@eeoc.gov

/s/ Robert K. Stewart, Jr.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

PROPOSED ORDER - 2
27208/39/162029.1