Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Providence Health System – Washington,
d/b/a Providence Alaska Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 3:06-cv-00146-(RRB) |
| PROVIDENCE HEALTH SYSTEM - WASHINGTON, d/b/a PROVIDENCE ALASKA MEDICAL CENTER, | ) ) ) ) ) |
| Defendant. | ) ) |

▓▓▓▓▓▓ ORDER

For good cause showing, the Court hereby continues the calendared case deadlines to the following dates:

| | |
|---|---|
| Discovery Cut-off: | April 30, 2008 |
| Discovery motion filing deadline | May 31, 2008 |
| Dispositive Motion filing deadline | May 31, 2008 |
| Motions in Limine filing deadline | July 31, 2008 |

1   All other dates remain the same.

2   It is so ordered.

3   Dated: 1/31/08

4

5   \s\ Ralph R. Beistline
    Honorable Ralph R. Beistline

PROPOSED ORDER - 2
27208/39/162029.1