WILLIAM TAMAYO, REGIONAL ATTORNEY
JONATHAN PECK, SUPERVISORY TRIAL ATTORNEY
MARCIA L. MITCHELL, SENIOR TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260
Tel: (415) 625-5651
Fax: (415) 625-5657
Marcia.Mitchell@eeoc.gov
ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>and,<br><br>v.<br><br>PROVIDENCE HEALTH SYSTEM – WASHINGTON dba PROVIDENCE ALASKA MEDICAL CENTER.,<br>Defendant. | CIVIL ACTION NO. 3:06-cv-00146 RBB<br><br>JOINT STATUS REPORT |

TO T THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA:

Plaintiff U.S. Equal Employment Opportunity Commission, and Defendant Providence Health System – Washington dba Providence Alaska Medical Center, jointly submit this report to update the court on the status of the litigation and the parties' settlement discussions. The parties participated in private mediation on March 17, 2008 and reached an agreement on the

JOINT STATUS REPORT (AO-16-146 RBB)
Page 1 of 2

financial terms of a settlement. That parties are diligently working toward resolving terms related to the non-monetary relief that will be incorporated into the settlement. They remain optimistic that the case will be resolved through settlement.

June 11, 2008         EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                By:   */s/ Marcia L. Mitchell*
                     MARCIA L. MITCHELL
                     Attorney for Plaintiff EEOC

June 11, 2008         DAVIS WRIGHT TREMAINE, LLP

                By:   */s/ Robert K. Stewart*
                     ROBERT K. STEWART
                     Attorneys for Defendant
                     PROVIDENCE HEALTH SYSTEM-WASHINGTON,
                     d/b/a PROVIDENCE ALASKA MEDICAL CENTER