WILLIAM TAMAYO, REGIONAL ATTORNEY
JONATHAN PECK, SUPERVISORY TRIAL ATTORNEY
MARCIA L. MITCHELL, SENIOR TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260
Tel:  (415) 625-5651
Fax:  (415) 625-5657
Marcia.Mitchell@eeoc.gov
ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>and,<br><br>v.<br><br>PROVIDENCE HEALTH SYSTEM – WASHINGTON dba PROVIDENCE ALASKA MEDICAL CENTER.,<br>Defendant. | CIVIL ACTION NO.  3:06-cv-00146 RBB<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF EEOC |

PLEASE TAKE NOTICE that Marcia Mitchell, attorney for Plaintiff, Equal Employment Opportunity Commission, will be out of the office and unavailable from June 30, 2008 through August 1, 2008.  She will return to the office on August 4, 2008.  All parties and their counsel are requested not to take any action in this case which may disrupt or take unfair advantage of

such unavailability, including but not limited to service of pleadings requiring a response or noticing depositions.

June 17, 2008			EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


			By:	/S/ Marcia L. Mitchell
				MARCIA L. MITCHELL
				Attorney for Plaintiff EEOC

**NOTICE OF UNAVAILABILITY OF COUNSEL**
**EEOC v. Providence Health System, Civ. No. AO-16-146 RBB**
**Page 2 of 2**