WILLIAM TAMAYO, REGIONAL ATTORNEY
JONATHAN PECK, SUPERVISORY TRIAL ATTORNEY
MARCIA L. MITCHELL, SENIOR TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260
Tel: (415) 625-5651
Fax: (415) 625-5657
Marcia.Mitchell@eeoc.gov
ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>and,<br><br>v.<br><br>PROVIDENCE HEALTH SYSTEM – WASHINGTON dba PROVIDENCE ALASKA MEDICAL CENTER.,<br>Defendant. | CIVIL ACTION NO. 3:06-cv-00146 RBB<br><br>JOINT STATUS REPORT |

TO T THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA:

Plaintiff U.S. Equal Employment Opportunity Commission, and Defendant Providence Health System – Washington dba Providence Alaska Medical Center, jointly submit this report to update the court on the status of the litigation and the parties' settlement discussions. The parties participated in private mediation on March 17, 2008 and reached an agreement on the

**JOINT STATUS REPORT (AO-16-146 RBB)**
**Page 1 of 2**

financial terms of a settlement.  The parties since have been working diligently on substantive provisions of a consent decree, including addressing employment discrimination policies, training of employees, use of interview guides and reporting requirements. The parties are optimistic that a final consent decree can be submitted to the Court within the next 60 days.

July 14, 2008            EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                     By:     */s/Jonathan T. Peck*_____
                             JONATHAN T. PECK
                             Attorney for Plaintiff EEOC

July 14, 2008            DAVIS WRIGHT TREMAINE, LLP

                     By:     */s/ Robert K. Stewart*_____
                             ROBERT K. STEWART
                             Attorneys for Defendant
                             PROVIDENCE HEALTH SYSTEM-WASHINGTON,
                             d/b/a PROVIDENCE ALASKA MEDICAL CENTER